JUSTICE WHEAT
dissents.
¶38 I dissent from the majority opinion to the extent that it refused to modify the class definition to conform to the class definition we approved in the companion case of Rolan v. New West Health Services, 2013 MT 220, 371 Mont. 228, 307 P.3d 291. The class definition in Rolan is broad enough to include those people who could have filed claims for benefits under their health insurance program but did not because their claims were being paid by a third party liability carrier. This group of claimants’ potential for injury is just as compensable as those who filed claims with their health insurer. The district court in Rolan recognized this fact and defined a class to include such claimants. For this reason I would have modified the class definition in this case to conform to the class definition in Rolan.